UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

APRIL BOREN, individually on behalf of herself, and all others similarly situated,

          Plaintiffs,

-against-

SAFEWAY, INC.,

          Defendant.

Case No. 2:25-CV-00182-MJP

~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO AFFIRMATIVE DEFENSES

### ~~PROPOSED~~ ORDER GRANTING PLAINTIFF UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO AFFIRMATIVE DEFENSES

THIS CAUSE having come before the Court Plaintiff's Unopposed Motion to Extend Deadline to file Response to Affirmative Defenses ("Motion"); the Court, having reviewed the briefing and otherwise being fully advised in the premises, orders as follows:

1. The Plaintiff's Motion is Granted.
2. Plaintiff shall have up to and including April 2, 2025, to file her response to Defendant's Affirmative Defenses.

**Dated** March 21, 2025.

_____
MARSHA J. PECHMAN
United States Senior District Judge

| | |
|---|---|
| **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO AFFIRMATIVE DEFENSES            1-** | Morgan & Morgan<br>506 2nd Ave Suite 1513<br>Seattle, Washington 98104<br>(561) 812-1547 |