UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

APRIL BOREN, individually on behalf of herself, and all others similarly situated,

                 Plaintiffs,

-against-

SAFEWAY, INC.,

                 Defendant.

Case No. 2:25-CV-00182-MJP

~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO AFFIRMATIVE DEFENSES

**~~PROPOSED~~ ORDER GRANTING PLAINTIFF SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO AFFIRMATIVE DEFENSES**

      THIS CAUSE having come before the Court Plaintiff's Unopposed Second Motion to Extend Deadline to file Response to Affirmative Defenses ("Motion"); the Court, having reviewed the briefing and otherwise being fully advised in the premises, orders as follows:

1. The Plaintiff's Motion is Granted.

2. Plaintiff shall have up to and including April 14, 2025, to file her response to Defendant's Affirmative Defenses.

**DATED** April 2, 2025.

                                                MARSHA J. PECHMAN
                                                U.S. SENIOR DISTRICT JUDGE