UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APRIL BOREN, individually on behalf of herself, and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　-against-<br><br>SAFEWAY, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:25-CV-00182-MJP<br><br>ORDER GRANTING PLAINTIFF'S THIRD UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO AFFIRMATIVE DEFENSES |

**ORDER GRANTING PLAINTIFF THIRD UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO AFFIRMATIVE DEFENSES**

THIS CAUSE having come before the Court Plaintiff's Unopposed Third Motion to Extend Deadline to file Response to Affirmative Defenses ("Motion"); the Court, having reviewed the briefing and otherwise being fully advised in the premises, orders as follows:

1. The Plaintiff's Motion is Granted.

2. Plaintiff shall have up to and including April 28, 2025, to file her response to Defendant's Affirmative Defenses.

**DONE** and **ORDERED** in Chambers in Seattle, Washington, this 15th day of April, 2025.

| | |
|---|---|
| **ORDER GRANTING PLAINTIFF'S THIRD UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO AFFIRMATIVE DEFENSES**<br>-1- | Morgan & Morgan<br>506 2nd Ave Suite 1513<br>Seattle, Washington 98104<br>(561) 812-1547 |

*[signature]*

MARSHA J. PECHMAN
SENIOR U.S. DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel of Record

ORDER GRANTING PLAINTIFF'S
THIRD UNOPPOSED MOTION TO
EXTEND DEADLINE TO FILE RESPONSE
TO AFFIRMATIVE DEFENSES
-2-

Morgan & Morgan
506 2nd Ave Suite 1513
Seattle, Washington 98104
(561) 812-1547