UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APRIL BOREN, individually on behalf of herself, and all others similarly situated,<br><br>               Plaintiffs,<br>  -against-<br><br>SAFEWAY, INC.,<br><br>               Defendant. | Case No. 2:25-CV-00182-MJP<br><br>ORDER GRANTING PLAINTIFF'S FOURTH UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO AFFIRMATIVE DEFENSES |

**ORDER GRANTING PLAINTIFF'S FOURTH UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO AFFIRMATIVE DEFENSES**

THIS CAUSE having come before the Court Plaintiff's Unopposed Fourth Motion to Extend Deadline to file Response to Affirmative Defenses ("Motion"); the Court, having reviewed the briefing and otherwise being fully advised in the premises, orders as follows:

1. The Plaintiff's Motion is Granted.
2. Plaintiff shall have up to and including May 8, 2025, to file her response to Defendant's Affirmative Defenses.

**DATED** April 28, 2025.

*[signature]*

MARSHA J. PECHMAN
U.S. SENIOR DISTRICT JUDGE

| | |
|---|---|
| ORDER GRANTING PLAINTIFF'S FOURTH UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO AFFIRMATIVE DEFENSES<br>-1- | Morgan & Morgan<br>506 2nd Ave Suite 1513<br>Seattle, Washington 98104<br>(561) 812-1547 |