The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APRIL BOREN, individually on behalf of herself, and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAFEWAY, INC.,<br><br>    Defendant. | Case No. 2:25-cv-00182-MJP<br><br>STIPULATION AND [PROPOSED] ORDER TO WITHDRAW PORTIONS OF SAFEWAY INC.'S AFFIRMATIVE DEFENSES RAISED IN ITS ANSWER [Dkt. # 8] TO PLAINTIFF'S CLASS AND COLLECTIVE ACTION COMPLAINT [Dkt. # 1] |

**STIPULATION AND [PROPOSED] ORDER TO WITHDRAW PORTIONS OF SAFEWAY INC.'S AFFIRMATIVE DEFENSES**

COME NOW Plaintiff APRIL BOREN, individually on behalf of herself, and all others similarly situated ("Plaintiff") and Defendant SAFEWAY INC. ("Defendant"), erroneously sued herein as Safeway, Inc., hereby enter into the following stipulation based upon the following facts:

1.    WHEREAS, on January 29, 2025, Plaintiff filed her Collective and Class Action Complaint in this Court [Dkt. # 1];

2.    WHEREAS, on February 26, 2025, Defendant filed its Answer to Plaintiff's Collective and Class Action Complaint [Dkt. # 8];

///

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW PORTIONS OF
SAFEWAY INC.'S AFFIRMATIVE DEFENSES – 1
Case No. 2:25-CV-00182-DWC

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
503.224.5858 | Fax: 503.224.0155

1

3. WHEREAS, following Defendant's filing of its Answer [Dkt. # 8], the Parties engaged in meet and confer discussions regarding Defendant's affirmative defenses raised in its Answer up until the date of this Stipulation;

4. WHEREAS, on March 19, 2025, Plaintiff filed her Unopposed Motion to Extend Deadline to file Response to Affirmative Defenses [Dkt. # 18].  On March 21, 2025, the Court granted this Motion, extending Plaintiff's deadline to respond to Defendant's affirmative defenses to April 2, 2025.  [Dkt. # 19];

5. WHEREAS, on April 2, 2025, Plaintiff filed her Second Unopposed Motion to Extend Deadline to file Response to Affirmative Defenses [Dkt. # 20].  On April 2, 2025, the Court granted this Motion, extending Plaintiff's deadline to respond to Defendant's affirmative defenses to April 14, 2025 [Dkt. # 21];

6. WHEREAS, on April 14, 2025, Plaintiff filed her Third Unopposed Motion to Extend Deadline to file Response to Affirmative Defenses [Dkt. # 22].  On April 15, 2025, the Court granted this Motion, extending Plaintiff's deadline to respond to Defendant's affirmative defenses to April 28, 2025 [Dkt. # 23];

7. WHEREAS, on April 28, 2025, Plaintiff filed her Fourth Unopposed Motion to Extend Deadline to file Response to Affirmative Defenses [Dkt. # 25].  On April 28, 2025, the Court granted the Motion, extending the deadline to May 8, 2025 [Dkt. # 26];

8. WHEREAS, on May 8, 2025, Plaintiff filed her Fifth Unopposed Motion to Extend Deadline to file Response to Affirmative Defenses [Dkt. # 27].  On May 12, 2025, the Court granted the Motion, extending the deadline to May 22, 2025 but noting no further extensions would be granted [Dkt. # 28];

9. WHEREAS, through the Parties' meet and confer efforts, Plaintiff agreed not to file a Motion to Strike any of Defendant's affirmative defenses and Defendant agreed to withdraw its Fourth Affirmative Defense (Exemptions), Tenth Affirmative Defense (Failure to Mitigate), Twenty-Sixth Affirmative Defense (Failure to Exhaust), and Thirty-Seventh Affirmative Defense

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW PORTIONS OF SAFEWAY INC.'S AFFIRMATIVE DEFENSES – 2
Case No. 2:24-CV-01719

Miller Nash LLP
1140 SW Washington St, Ste 700
Portland OR 97205
503.224.5858 | Fax: 503.224.0155

2

(After Acquired Evidence) as pled in its Answer [Dkt. #8].

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Parties, subject to the approval of the Court, as follows:

1. Defendant's Fourth Affirmative Defense (Exemptions) is withdrawn from its Answer [Dkt. # 8] without prejudice;

2. Defendant's Tenth Affirmative Defense (Failure to Mitigate) is withdrawn from its Answer [Dkt. # 8] without prejudice;

3. Defendant's Twenty-Sixth Affirmative Defense (Failure to Exhaust) is withdrawn from its Answer [Dkt. # 8] without prejudice; and

4. Defendant's Thirty-Seventh Affirmative Defense (After-Acquired Evidence) is withdrawn from its Answer [Dkt. # 8] without prejudice.

**IT IS SO ORDERED.**

Dated this 22nd day of May, 2025.

MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW PORTIONS OF SAFEWAY INC.'S AFFIRMATIVE DEFENSES – 3
Case No. 2:24-CV-01719

Miller Nash LLP
1140 SW Washington St, Ste 700
Portland OR 97205
503.224.5858 | Fax: 503.224.0155

3

1  ///

2  Presented by:

3

4  */s/Angeli Murthy*
   Kristopher Bonham, Esq.
5  WSBA Bar #: 62520
   Email: kbonham@forthepeople.com
6  MORGAN & MORGAN, P.A.
   506 2nd Ave Suite 1513
7  Seattle, Washington 98104
   &
8  1700 Palm Beach Lakes, Suite 500
   West Palm Beach, Florida 33401
9  Telephone: (561) 812-1547
   Facsimile: (561) 812-1571
10
   Kim De Arcangelis
11 *(admitted Pro Hac Vice)*
   MORGAN AND MORGAN, P.A.
12 20 N. Orange Ave., Suite 1600
   Orlando, FL 32801
13 (407) 418-2069
   rmorgan@forthepeople.com
14 KimD@forthepeople.com

15 Angeli Murthy
   *(admitted Pro Hac Vice)*
16 MORGAN AND MORGAN, P.A.
   8151 Peters Rd., Suite 4000
17 Plantation, FL 33324
   (954) 318-0268
18 afrisch@forthepeople.com
           amurthy@forthepeople.com
19 *Counsel for Plaintiffs and the Putative Class*
20

   */s/ Mara D. Curtis*
   Mara D. Curtis, Esq.
   Cal. Bar #: 268869
   Brittany M. Hernandez, Esq.
   Cal. Bar # 299044
   Tanner Hendershot, Esq.
   Cal. Bar #: 346841
   REED SMITH LLP
   515 S FLOWER ST, STE 4300
   LOS ANGELES, CA 90071
   213-457-8000
   Fax: 213-457-8080
   Email: bmhernandez@reedsmith.com
          mcurtis@reedsmith.com
          thendershot@reedsmith.com

   */s/ KC Hovda*
   KC Lynne Hovda
   WSBA # 51291
   MILLER NASH LLP (ID)
   605 5th Avenue S, Suite 900
   Seattle, WA 98104
   Telephone: 206.624.8300
   Fax: 206.340.9599
   Email: kc.hovda@millernash.com
   *Counsel for Defendant Safeway Inc.*

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW PORTIONS OF
SAFEWAY INC.'S AFFIRMATIVE DEFENSES – 4
Case No. 2:24-CV-01719

**Miller Nash LLP**
1140 SW Washington St, Ste 700
Portland OR 97205
503.224.5858 | Fax: 503.224.0155

4

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 22nd day of May, 2025.

/s/ KC Hovda

4896-5027-5398.1

CERTIFICATE OF SERVICE - 2:25-CV-00182-DWC

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
503.224.5858 | Fax: 503.224.0155