UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APRIL BOREN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY, INC.,<br><br>　　　　　　Defendant. | CASE NO. C25-182 MJP<br><br>ORDER STRIKING MOTION FOR PROTECTIVE ORDER |

　　　The Court issues this Order after reviewing Plaintiff's Motion for Protective Order. (Dkt. No. 42.) For the reasons explained below, the Court STRIKES the Motion.

　　　Local Civil Rule 26(c)(1) states that "[a]ny motion for a protective order must include a certification, in the motion or in a declaration or affidavit, that the movant has engaged in a good faith meet and confer conference with other affected parties in an effort to resolve the dispute without court action." LCR 26(c)(1). "A good faith effort to confer requires a face-to-face meeting or a telephone conference," and "[t]he certification must list the date, manner, and

1  participants to the conference." Id. Additionally, "[i]f the movant fails to include such a
2  certification, the court may deny the motion without addressing the merits of the dispute." Id.

3        Here, Plaintiff has failed to include the required certification that the Parties met and
4  conferred to try to resolve the dispute before seeking Court intervention. And the supporting
5  email chain, which was improperly submitted without a declaration of counsel, does not
6  evidence the required meet and confer. It also appears that the dispute is one that can be easily
7  resolved by the Parties by working cooperatively to schedule Plaintiff's deposition without the
8  Court's assistance. Because Plaintiff has not complied with LCR 26(c)(1), the Court STRIKES
9  the Motion without prejudice. Should the Parties remain at an impasse after a good faith meet
10 and confer, then Plaintiff may renew her motion. Any such renewed motion must be briefed and
11 filed using the expedited joint motion procedure set forth in LCR 37(2).

12       The clerk is ordered to provide copies of this order to all counsel.

13       Dated August 8, 2025.

15                                     Marsha J. Pechman
                                    United States Senior District Judge

ORDER STRIKING MOTION FOR PROTECTIVE ORDER - 2